[No. 68853-7-I.   Division One.   October 7, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIK THOMAS SCHUMANN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01084-2, Kimberley Prochnau, J., entered May 23, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Schindler, JJ.

[No. 68912-6-I.   Division One.   October 7, 2013.]

BRANDON TAPPERT, *Appellant*, v. NUPRECON GP, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-23113-7, John P. Erlick, J., entered May 18, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Dwyer, J.

[No. 68928-2-I.   Division One.   October 7, 2013.]

*In the Matter of the Estate of* LYDE L. HERRLE.

CONNIE MARICH ET AL., *Appellants*, v. JOHN LEE, *as Personal Representative and Trustee, Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-4-00138-7, Richard T. Okrent, J. Pro Tem., entered May 30, 2012. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Becker and Lau, JJ.

[No. 69125-2-I.   Division One.   October 7, 2013.]

SCOTT A. CRANE, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-2-07727-4, David A. Kurtz, J., entered June 26, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Verellen, J., concurred in by Leach, C.J., and Spearman, J.